# ELECTRONIC RECORD

235-15
236-15

COA #   04-13-00338-CR         OFFENSE:   INTOXICATION ASSAULT

STYLE:   ELIAS ESEQUIEL VASQUEZ V. THE STATE OF TEXAS         COUNTY:   STARR

COA DISPOSITION:   AFFIRMED         TRIAL COURT:   229TH DISTRICT COURT

DATE: 12/10/14         Publish: NO   TC CASE #:   11-CRS-270

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:   ELIAS ESEQUIEL VASQUEZ V. THE STATE OF TEXAS         CCA #: 235-15; 236-15

__APPELLANT'S__   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
__RE FUSED__
DATE: __04/22/2015__
JUDGE: __Per Curiam__

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

--------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____